34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST BERNARD

STATE OF LOUISIANA

No. 115 131                                          DIVISION "___"

PATRICIA BOURGEOIS & GLENN BOURGEOIS

-VERSUS-

ALLSTATE INDEMNITY COMPANY, LOUISIANA CITIZENS
PROPERTY INSURANCE CORPORATION & ASI LLOYDS

FILED: DEC 0 1 2009                          _____
                                                  DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, PATRICIA and GLENN BOURGEOIS who, for their Petition for Damages respectfully states as follows:

1.

Plaintiffs Patricia and Glenn Bourgeois, are persons of full age and majority residing in St. Bernard Parish, Louisiana.

2.

Plaintiffs Patricia and Glenn Bourgeois are owners of a residence in St. Bernard Parish located at 409 Sable Drive, Arabi, Louisiana.

3.

Defendant Allstate Indemnity Company is an insurance company authorized to do and are doing business in the State of Louisiana.

4.

Defendant Louisiana Citizens Property Insurance Corporation is a domestic insurance company authorized to do and are doing business in the State of Louisiana.

5.

EXHIBIT A

Defendant ASI Lloyds is an insurance company authorized to do and are doing business in the State of Louisiana.

6.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of Civil Procedure.

7.

Plaintiffs purchased a homeowners insurance policy from Defendant Allstate Indemnity Company, for the period of March 23, 2004 until June 25, 2007, policy number 915293589, providing coverage for their dwelling.

8.

The policy issued to Plaintiffs by Defendant Allstate Indemnity Company provides coverage for structural damages to the dwelling in the amount of $211,000.

9.

Plaintiffs purchased a homeowners insurance policy from Defendant Louisiana Citizens Property Insurance Corporation for the period of May 3, 2007 until May 3, 2008, policy number FH 20071200380 00, providing coverage for, among other things their dwelling, other structures, loss of personal property and loss of use of the property.

10.

The policy issued to Plaintiffs by Defendant Louisiana Citizens Property Insurance Corporation provided coverage for the dwelling in the amount of $120,000, for other structures in the amount of $12,000, for loss of personal property in the amount of $60,000 and loss of use in the amount of $36,000.

11.

-2-

Plaintiffs purchased a homeowners insurance policy from Allstate Indemnity Company for the period of April 24, 2008 until December 1, 2008, policy number 9 31 556471, providing coverage for, among other things, their dwelling, contents and loss of use of the property.

12.

The policy issued to Plaintiffs by Allstate Indemnity Company provided coverage for the dwelling in the amount of $166,000, for other structures in the amount of $16,600, for loss of personal property in the amount of $116,200 and additional living expenses for up to twelve (12) months.

13.

Plaintiffs purchased a homeowners insurance policy from ASI Lloyds for the period of December 1, 2008 until present, policy number LAL6824 providing coverage for, among other things, their dwelling, contents and loss of use of the property.

14.

The policy issued to Plaintiffs by ASI Lloyds provided coverage for the dwelling in the amount of $173,000, for other structures in the amount of $17,300, for loss of personal property in the amount of $83,500 and $34,600 for loss of use.

15.

Plaintiffs' policies issued by all of the Defendants are all-risk policies, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

16.

On or about, April of 2007 the Plaintiffs purchased Chinese Drywall

-3-

from Bradford Lumber which was located at 200 C Wright Ave in Gretna, Louisiana.

17.

Unbeknownst to Plaintiffs, the drywall was contaminated and defective at the time of purchase.

18.

On or about, April of 2007 the Plaintiffs installed the drywall in their home.

19.

Unbeknownst to the Plaintiffs, the drywall was contaminated and defective at the time it was installed in the premises for which the defendants herein provided insurance coverage.

20.

In the Spring of 2009, Plaintiffs discovered that their home was constructed using Chinese manufactured drywall, which emits odorous gases that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items and causes physical injuries to Plaintiffs and their families who inhaled such noxious gases.

21.

The Chinese Drywall which caused and continues to cause physical loss, and damage to Plaintiff's in the form of, but not limited to nose bleeds, headaches, respiratory problems necessitating complete replacement of the drywall in the entire home.

22.

-4-

On or about October 16, 2009, through undersigned counsel, Plaintiffs notified ASI Lloyds that their home contained defective Chinese Drywall, whereupon on or about November 18, 2009 ASI Lloyds inspected Plaintiffs' home.

23.

Plaintiffs have complied with all of their obligations under the policies.

24.

A valid contract of insurance exists between Plaintiffs and each of the named Defendants herein, providing coverage for the loss and damage caused by the Chinese drywall, which loss was sustained during the periods of coverage of all four of plaintiffs' insurers named as defendants herein, including but not limited to losses sustained at the time of purchase, and/or at the time of installation and/or at the time of discovery.

25.

Plaintiffs have paid all premiums due under their policies of insurance with all Defendants and have materially performed their obligations under the policies.

26.

The damage and loss sustained by Plaintiffs was caused by the presence of Chinese drywall in Plaintiffs' home.

27.

Each of the defendant insurers are jointly and severally liable to the Plaintiffs for the whole of the damages sustained, pursuant to La. C.C. Arts 1786, et seq.

-5-

28.

Plaintiffs have thus far been deprived of the benefit of insurance coverage for which the Defendants were paid substantial premiums, and, accordingly, Plaintiffs have suffered and will suffer substantial economic damage, particularly associated with their remediation efforts and loss of rental income.

29.

Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs PATRICIA and GLENN BOURGEOIS respectfully prays that THEIR Petition for Damages be deemed good and sufficient, and that Defendants ALLSTATE INDEMNITY COMPANY, LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY AND ASI LLOYDS be duly served and cited with a copy of this Petition for Damages and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff PATRICIA and GLENN BOURGEOIS and against Defendants ALLSTATE INDEMNITY COMPANY, LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY AND ASI LLOYDS, jointly and severally, in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorney fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

-6-

PAGE 10/11 * RCVD AT 12/21/2009 8:15:30 AM [Central Standard Time] * SVR:hy8000B/26 * DNIS:39622 * CSID: * DURATION (mm-ss):01-50

Respectfully submitted,

GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorneys for Petitioners
Patricia & Glenn Bourgeois
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

**PLEASE SERVE:**

ASI LLOYDS
Through its registered agent
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

ALLSTATE INDEMNITY COMPANY
Through its registered agent
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION
Through its registered agent at
433 Metairie Road, Suite 400
Metairie, Louisiana 70005

P:\WordPerfect\Chinese Drywall Class Action\Bourgeois\Insurance Petition.wpd

A TRUE COPY
Lena R. Torres
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
by_____
DEPUTY CLERK
/s/Norma Lovell

-7-

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NUMBER: 115-131                                                                DIVISION "A"

PATRICIA BOURGEOIS & GLENN BOURGEOIS

VERSUS

ALLSTATE INDEMNITY COMPANY, LOUISIANA CITIZENS
PROPERTY INSURANCE CORPORATION & ASI LLOYDS

FILED: DEC 1 8 2009          CLERK: Deputy          Gwen S. Loze

---

## MOTION FOR EXTENSION OF TIME

On motion of DYSART & TABARY, attorney for defendant, **LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION,** on suggesting to this Honorable Court that the delays for answering the plaintiff's Petition for Damages filed in the above captioned matter will expire, and that defendant requires an additional delay of thirty (30) days within which to plead.

**IT IS ORDERED** that the defendant be allowed a delay of thirty (30) days within which to plead in this matter.

Chalmette, Louisiana, this _21st_ day of _December_, 2009.

/s/ Robert A. Buckley
JUDGE

Respectfully submitted:

DYSART & TABARY, L.L.P.

_____
PAUL A. TABARY, III (#12623)
DANIEL L. DYSART (#5156)
ELIZABETH R. BORNE (#30403)
J. ROSS HUGHES (#29032)
LACEY TABARY (#31982)
#3 Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011

CERTIFICATE OF SERVICE
that a copy of the foregoing pleading has been served to all counsel to this proceeding, by mailing same to each by first class United States mail, properly addressed and postage prepaid on this ___ Dec ___ 20_09_.

_____

A TRUE COPY

CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

By _____
DEPUTY CLERK   DEC 2 2 2009
/S/Jennifer L. Matlock